NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

ANCHOR TOY CORPORATION.

No. 16048.

United States Court of Appeals
Eighth Circuit.

Aug. 5, 1958.

Thomas J. McDermott, Assoc. Gen. Counsel, N. L. R. B., and Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Washington, D. C., for petitioner.

Mayer, Weiner & Mayer, New York City, for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

Harold W. HINSON, Appellant,

v.

James P. MITCHELL, Secretary of Labor, United States Department of Labor.

No. 16055.

United States Court of Appeals
Eighth Circuit.

Aug. 11, 1958.

Joseph N. Miniace, Kansas City, Mo., for appellant.

Harper Barnes, Regional Atty., U. S. Department of Labor, and Rex L. Culley, Atty., U. S. Department of Labor, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by appellant.

Michael DEVENY, Appellant,

v.

UNITED STATES of America and American Casualty Company of Reading, Pennsylvania.

No. 16008.

United States Court of Appeals
Eighth Circuit.

Aug. 11, 1958.

Michael Deveny, pro se.

Edward L. Scheufler, U. S. Atty., and O. J. Taylor, Asst. U. S. Atty., Kansas City, Mo., for appellee United States of America.

Harry P. Thomson, Jr., and Norman M. Tempel, Kansas City, Mo., for appellee American Casualty Company of Reading, Pennsylvania.

PER CURIAM.

Motion of appellant to remand case denied and motion of appellees to dismiss appeal sustained, and appeal from District Court dismissed.